## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael A. Stetson                                      CHAPTER 13
           Patricia R. Stetson aka Tricia R.
Stetson                                                        BKY. NO. 21-21139 GLT
                          Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Onslow Bay Financial LLC and index same on the master mailing list.


Respectfully submitted,


/s/ *Denise Carlon*
Denise Carlon
18 Mar 2024, 16:35:31, EDT

Denise Carlon, Esq. (317226)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com