**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/24/2024

| | |
|---|---|
| IN RE: | |
| MICHAEL A. STETSON | Case No. 21-21139 GLT |
| PATRICIA R. STETSON | |
| 125 HEISTURSBURG ROAD | Chapter 13 |
| EAST MILLSBORO, PA 15433 | |
| XXX-XX-0887        Debtor(s) | |
| XXX-XX-6642 | |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/24/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TJX/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0706 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA**<br>130 CLINTON RD #202<br><br>FAIRFIELD, NJ  07004 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PINGORA LN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(\*)**<br>PAYMENT PROCESSING CENTER\*<br>PO BOX 660618<br><br>DALLAS, TX  75266-0618 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL\*699.28X60+2=LMT\*0ARRS/CL-PL\*BGN 5/21 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5017 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL\*424.21/OE\*500.62/PL\*DKT4PMT-LMT\*0ARRS/PL\*DK | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5604 |
| **JOHN DEERE FINANCIAL**<br>23176 NETWORK PL<br><br>CHICAGO, IL  60673-1231 | Trustee Claim Number:6   INT %: 4.60%<br>Court Claim Number:22<br><br>CLAIM:  5,370.00<br>COMMENT:  $5266.28@4.6%/PL\*W/48 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  3491 |
| **M & T BANK**<br>PO BOX 1508<br><br>BUFFALO, NY  14240 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM:  0.00<br>COMMENT:  731.38/PL\*731.69X(60+2)=LMT\*$0ARRS/CL-PL\*W/47 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7025 |
| **ONSLOW BAY FINANCIAL LLC**<br>C/O NATIONSTAR MORTGAGE LLC(\*)<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:24-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL\*1661.72 X (60+2)=LMT\*BGN 6/21\*FR MATRIX/NATNSTR\*DOC 61 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  7251 |
| **BANK OF AMERICA NA**\*\*<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM:  6,396.08<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3784 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  11,271.37<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0883 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** C/O JPMORGAN CHASE BANK NA  PO BOX 15368  WILMINGTON, DE  19850 | Trustee Claim Number:11  INT %: 0.00%  Court Claim Number:4  CLAIM: 23,809.16  COMMENT: MARRIOT BONVOY | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 4398 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** C/O JPMORGAN CHASE BANK NA  PO BOX 15368  WILMINGTON, DE  19850 | Trustee Claim Number:12  INT %: 0.00%  Court Claim Number:5  CLAIM: 20,988.30  COMMENT: SOUTHWEST REWARDS | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 0998 |
| **CHILDRENS COMMUNITY CARE**  103 BRADFORD RD STE 200  WEXFORD, PA  15090-5910 | Trustee Claim Number:13  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: |
| **LVNV FUNDING LLC**  C/O RESURGENT CAPITAL SVCS  PO BOX 10587  GREENVILLE, SC  29603-0587 | Trustee Claim Number:14  INT %: 0.00%  Court Claim Number:19  CLAIM: 782.20  COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 1471 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**  PO BOX 12914  NORFOLK, VA  23541 | Trustee Claim Number:15  INT %: 0.00%  Court Claim Number:23  CLAIM: 1,292.83  COMMENT: CITIBANK*BBY | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 7310 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**  PO BOX 12914  NORFOLK, VA  23541 | Trustee Claim Number:16  INT %: 0.00%  Court Claim Number:10  CLAIM: 5,424.20  COMMENT: CITIBANK*THD | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 7851 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**  PO BOX 12914  NORFOLK, VA  23541 | Trustee Claim Number:17  INT %: 0.00%  Court Claim Number:25  CLAIM: 4,176.02  COMMENT: CITIBANK*THD | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 0687 |
| **COLLECTION SERVICE CENTER INC**  832 5TH AVE - CORPORATE OFFICE  PO BOX 560  NEW KENSINGTON, PA  15068 | Trustee Claim Number:18  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 8002 |
| **UPMC PHYSICIAN SERVICES**  C/O DCM SERVICES/BANKRUPTCY  PO BOX 1123  MINNEAPOLIS, MN  55440 | Trustee Claim Number:19  INT %: 0.00%  Court Claim Number:16-2  CLAIM: 354.67  COMMENT: X8001/SCH*AMD | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 6642 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**  PO BOX 2489  KIRKLAND, WA  98083-2489 | Trustee Claim Number:20  INT %: 0.00%  Court Claim Number:20  CLAIM: 2,526.73  COMMENT: VCTR SCRT | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 7602 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENITY**<br>PO BOX 2489<br><br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 1,265.76<br>COMMENT: WAYFAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7835 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,422.25<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8368 |
| **FOUNDATION RADIOLOGY GROUP**<br>PO BOX 1198<br><br>SOMERSET, PA 15501 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CHAPTER HOLDINGS LLC FBO HOLLYWOOD HE**<br>PO BOX 748<br><br>TULLAHOMA, TN 37388 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 3,850.00<br>COMMENT: INVOICE DTD 6/10/2020 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **KOHLS**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br>IRVING, TX 75014 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8943 |
| **MARTINELLI EYE CLINIC**<br>303 FIRST ST<br><br>CHARLERIO, PA 15022 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MED EXPRESS**<br>POB 7964<br><br>BELFAST, ME 04915 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MEDICREDIT CORP++**<br>POB 7206<br><br>COLUMBIA, MO 65205 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WVU HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MON VALE SPECIALTY PRACTICES**<br>9568 KINGS CHARTER DR<br><br>ASHLAND, VA 23005 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br><br>MONONGAHELA, PA 15063 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MOUNTAIN STATE MEDICAL**<br>399 EMILY DR<br>CLARKSBURG, WV 26301 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 862.37<br>COMMENT: CITIBANK*NTB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5184 |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br>CINCINNATI, OH 45274 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 1,742.44<br>COMMENT: X5444/SCH*UPMC PRESBY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0887 |
| **REVCO++**<br>DEPT. 910<br>CINCINNATI, OH 45269 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MON VLLY HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9686 |
| **REVCO++**<br>DEPT. 910<br>CINCINNATI, OH 45269 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~UPP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3463 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 4,812.02<br>COMMENT: SYNCHRONY*DICKS SPORTING GOODS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8592 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 4,225.24<br>COMMENT: SYNC*DICKS SPORTING GOODS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1711 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 6,389.67<br>COMMENT: SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9726 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 18 | CLAIM: 2,799.91<br>COMMENT: SYNCHRONY*MATTRESS FIRM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1195 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 2,982.53<br>COMMENT: SYNCHRONY*TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6946 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 1,972.62<br>COMMENT: SYNCHRONY*TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0706 |
| **THRIFTY PROPANE INC**<br>POB 2018<br><br>MEDINA, OH 44258 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UNIVERSITY HEALTH ASSOC**<br>POB 780<br><br>MORGANTOWN, WV 26507-4009 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WVU MEDICINE**<br>PO BOX 865<br><br>MORGANTOWN, WV 26507 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **M & T BANK**<br>PO BOX 1508<br><br>BUFFALO, NY 14240 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 1.00<br>COMMENT: NO GEN UNS/SCH*W/7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7025 |
| **JOHN DEERE FINANCIAL**<br>23176 NETWORK PL<br><br>CHICAGO, IL 60673-1231 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 259.40<br>COMMENT: NO GEN UNS/SCH*W/6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3491 |
| **ONSLOW BAY FINANCIAL LLC**<br>C/O NATIONSTAR MORTGAGE LLC(*)<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:24-2<br><br>CLAIM: 2,290.55<br>COMMENT: $/CL-PL*THRU 6/21*FR MATRIX/NTNSTAR*DOC 61*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7251 |
| **CHRISTOPHER P KENNEDY ESQ**<br>CARLISLE MCNELLIE RINI KRAMER & ULRICH CO<br>24755 CHAGRIN BLVD<br><br>CLEVELAND, OH 44122 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: HUNTINGTON NATL BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |