FILED
3/6/25 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  21-21139 GLT |
| | ) | Chapter 13 |
| Michael A. Stetson | ) | |
| Patricia R. Stetson, | ) | Related Docket No.  72 |
| *Debtor(s)* | ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:   The Debtor

❏    a motion to lift stay
       as to creditor   _____

❏    Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏ Chapter 13 Plan dated

X Amended Chapter 13 Plan dated August 12, 2022

[04/22]-1-

is modified as follows:

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

☒ Debtor(s) Plan payments shall be changed from $4,450.00 to $5,100.00 per month effective <u>3/2025</u> ; and/or the Plan term shall be changed from <u>___</u> months to <u>____</u> months.

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❑ Other: G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

**\*Claim No .17 Huntington Bank. Following all payments of record.**

**\*Claim No. 24 Onslow Bay Financial LLC. Following all payments of record.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]-3-

**SO ORDERED**, this __6th__ day of _____March_____, 202_5_

Dated: _____

_____
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/ Kenneth Steidl_____           /s/ James Warmbrodt_____
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

[04/22]-4-

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21139-GLT |
| Michael A. Stetson | Chapter 13 |
| Patricia R. Stetson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Mar 06, 2025 | Form ID: pdf900 | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Stetson, Patricia R. Stetson, 125 Heistursburg Road, East Millsboro, PA 15433-1145 |
| 15373073 | | Childrens Express Care, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 15373090 | | Foundation Radiology Group, PO Box 554895, Pittsburgh, PA 15222 |
| 15373092 | + | Hollywood Heating Inc., 1 Mechanic Street, California, PA 15419-1077 |
| 15373096 | + | John Deere Financial, One John Deere Place, Moline, IL 61265-8010 |
| 15373101 | + | Martinelli Eye Clinic, 303 First Street, Charleroi, PA 15022-1427 |
| 15373104 | + | Mon-Vale Specialty Practices, Inc., 9568 Kings Charter Drive, Suite 202, Ashland, VA 23005-7955 |
| 15373105 | | Monongahela Valley Hospital, P.O. Box 715064, Cincinnati, OH 45271-5064 |
| 15593265 | + | Onslow Bay Financial LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 15373110 | | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15373128 | | University Health Associates, PO Box 875, Morgantown, WV 26507-0875 |
| 15373129 | | WVU Medicine, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Mar 07 2025 00:31:00 | ONSLOW BAY FINANCIAL LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2025 00:34:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 07 2025 00:31:00 | Pingora Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: bankruptcy@huntington.com | Mar 07 2025 00:31:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15378141 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2025 01:10:40 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15373064 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 07 2025 00:31:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15373063 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 07 2025 00:31:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15373065 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 07 2025 00:31:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15373066 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 21-21139-GLT    Doc 74    Filed 03/08/25    Entered 03/09/25 00:29:27    Desc Imaged
                              Certificate of Notice    Page 6 of 9

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Mar 06, 2025 | Form ID: pdf900 | Total Noticed: 74 |

| Recipient ID | | Notice Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | Mar 07 2025 00:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15386506 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 07 2025 00:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15373068 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 01:10:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15373067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 01:55:54 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15378394 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 00:34:45 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15373069 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2025 00:35:25 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373071 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2025 02:06:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373074 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2025 00:34:57 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15373075 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2025 02:06:38 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373076 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2025 02:06:24 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15373077 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2025 01:55:49 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373078 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2025 02:06:39 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2025 00:35:31 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373082 | ^ | MEBN | Mar 07 2025 00:15:01 | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2025 00:31:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15373085 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2025 00:31:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15373086 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2025 00:31:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15373087 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2025 00:31:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 15392151 | | Email/Text: litbkcourtmail@johndeere.com | Mar 07 2025 00:31:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 15373088 | | Email/Text: mrdiscen@discover.com | Mar 07 2025 00:31:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15375359 | | Email/Text: mrdiscen@discover.com | Mar 07 2025 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15373089 | + | Email/Text: mrdiscen@discover.com | Mar 07 2025 00:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15373093 | + | Email/Text: bankruptcy@huntington.com | Mar 07 2025 00:31:00 | Huntington Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15373094 | + | Email/Text: bankruptcy@huntington.com | Mar 07 2025 00:31:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland, OH 44101-6424 |
| 15385753 | + | Email/Text: RASEBN@raslg.com | Mar 07 2025 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Recipient ID | Code | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15373095 | ^ | MEBN | Mar 07 2025 00:15:11 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 15373098 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 07 2025 00:31:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15373097 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 07 2025 00:31:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15390641 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2025 00:49:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15373100 | | Email/Text: camanagement@mtb.com | Mar 07 2025 00:31:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15373099 | | Email/Text: camanagement@mtb.com | Mar 07 2025 00:31:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15389034 | + | Email/Text: camanagement@mtb.com | Mar 07 2025 00:31:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15393978 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2025 00:31:00 | Matrix Financial Services Corporation LLC, c/o Nationstar Mortgage LLC dba Mr. Coop, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 15373102 | ^ | MEBN | Mar 07 2025 00:15:17 | Med Express, PO Box 14000, Belfast, ME 04915-4033 |
| 15373103 | | Email/Text: rcpsbankruptcynotices@parallon.com | Mar 07 2025 00:31:00 | Medicredit, P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 15373107 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2025 00:31:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15373108 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2025 00:35:31 | NTB/Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373109 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2025 02:06:34 | NTB/Citibank, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 15388446 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2025 00:49:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15391891 | | Email/Text: bnc-quantum@quantum3group.com | Mar 07 2025 00:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15373110 | ^ | MEBN | Mar 07 2025 00:15:15 | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15373111 | ^ | MEBN | Mar 07 2025 00:15:16 | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15389256 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2025 01:56:17 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373438 | ^ | MEBN | Mar 07 2025 00:15:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15373114 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2025 02:06:25 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2025 02:06:39 | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373120 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2025 00:34:54 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373119 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2025 01:55:33 | Synchrony Bank/Lowes, Po Box 956005, Orlando, |

Case 21-21139-GLT   Doc 74   Filed 03/08/25   Entered 03/09/25 00:29:27   Desc Imaged
Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: pdf900 | Total Noticed: 74 |

| Recip ID | | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-0001 |
| 15373121 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2025 02:06:34 | Synchrony Bank/Matress Firm, Po Box 965036, Orlando, FL 32896-5036 |
| 15373122 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2025 01:23:07 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373124 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2025 00:35:39 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373118 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2025 02:06:34 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373127 | ^ | MEBN | Mar 07 2025 00:15:02 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15390501 | | Email/Text: BNCnotices@dcmservices.com | Mar 07 2025 00:31:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15390502 | | Email/Text: BNCnotices@dcmservices.com | Mar 07 2025 00:31:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373070 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373072 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373079 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373081 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373083 | * | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373112 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373113 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373115 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373117 | *+ | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373123 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373125 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373091 | ##+ | Hollywood Heating Inc., PO Box 254, California, PA 15419-0254 |
| 15373106 | ## | Mountain State Medical Specialties, 125 N 6th St., Clarksburg, WV 26301-2665 |
| 15373126 | ##+ | Thrifty Propane, PO Box 2018, Medina, OH 44258-2018 |

TOTAL: 0 Undeliverable, 13 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025        Signature:        /s/Gustava Winters

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: Mar 06, 2025 Form ID: pdf900 Total Noticed: 74

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Pingora Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Christopher Kennedy | on behalf of Creditor The Huntington National Bank bankruptcy@carlisle-law.com |
| Denise Carlon | on behalf of Creditor ONSLOW BAY FINANCIAL LLC dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Michael A. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Patricia R. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor ONSLOW BAY FINANCIAL LLC rfay@alaw.net bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9