## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WITHDRAWAL OF APPEARANCES BY
DENISE CARLON, ESQUIRE, IN VARIOUS
OPEN CASES AND ENTRY OF APPEARANCE
OF MATTHEW FISSEL, ESQUIRE, IN
VARIOUS OPEN CASES

Miscellaneous No. 26-202-GLT

Related to Docket No. 2

## ORDER OF COURT

AND NOW, this 24th Day of March            , 2026, upon consideration of the

Omnibus Joint Motion to Withdraw the Appearance of Denise Carlon, Esquire, and Enter the

Appearance of Matthew Fissel, Esquire, it is hereby

ORDERED that the Motion is granted, and Denise Carlon, Esquire, is granted leave to

withdraw her appearance as counsel of record  in the list of cases attached to the Motion as

Exhibit "A", and it is further

ORDERED that the appearance of Matthew Fissel, Esquire, is entered as counsel of

record for the parties formerly represented by Attorney Carlon in the list of cases attached to the

Motion as Exhibit "A".

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court