Certificate Number: 20398-PAW-DE-040961032

Bankruptcy Case Number: 21-21139



20398-PAW-DE-040961032

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 10, 2026, at 8:34 o'clock PM EDT, Michael Stetson completed a course on personal financial management given by internet by Westbay Mediation Group, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 11, 2026

By: /s/Wayne Redwood

Name: Wayne Redwood

Title: Manager