Certificate Number: 20398-PAW-DE-040961033

Bankruptcy Case Number: 21-21139



20398-PAW-DE-040961033

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 10, 2026, at 8:34 o'clock PM EDT, Patricia Stetson completed a course on personal financial management given by internet by Westbay Mediation Group, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 11, 2026                          By:      /s/Wayne Redwood

                                             Name:   Wayne Redwood

                                             Title:   Manager