FILED
5/28/26 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Michael A. Stetson | ) | Case No. 21-21139 GLT |
| Patricia R. Stetson | ) | |
| Debtor | ) | Chapter 13 |
| | ) | Document No.   91 |
| Steidl and Steinberg, P.C. | ) | |
| Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, | ) | |
| Respondents | ) | |

**ORDER OF COURT**

AND NOW, to-wit this ___28th___ day of ___May___, 2026, after consideration of

the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1.  The Application for Final Compensation is approved in the additional amount of $3,770.00 for

    work performed in the Chapter 13 case by Debtor's counsel from October 19, 2020, to May 8,

    2026.

2.  The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which

    included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is

    being requested here.

3.  Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00

    retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $4,400.00 by

    the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

    fees in this case for Debtor's counsel is $8,770.00, with the total to be paid through the Plan by

    the Trustee being up to $8,170.00 (representing the $4,400.00 previously approved to be paid (as

    set forth above), $1,000.00 approved as part of the most recent plan confirmation Order, and a

    remaining amount up to $2,770.00 to be paid from any funds the Chapter 13 Trustee may have on

    hand after the goals of the plan are achieved but before a Debtor Refund is issued.

4.  The fees requested will not decrease the amount to be paid to other creditors being paid through

the Chapter 13 Plan;

5.  The clerk shall record the total compensation as $3,770.00.

Prepared by: ___Kenneth Steidl, Esq.___

**DEFAULT ENTRY**

Dated: _May 28, 2026_____      _____

Gregory L. Taddonio

Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                           Case No. 21-21139-GLT

Michael A. Stetson                                                               Chapter 13

Patricia R. Stetson

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2

Date Rcvd: May 28, 2026                       Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                 +  Michael A. Stetson, Patricia R. Stetson, 125 Heistursburg Road, East Millsboro, PA 15433-1145

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name                          Email Address**

Charles Griffin Wohlrab
                         on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Charles Griffin Wohlrab
                         on behalf of Creditor Pingora Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher Kennedy
                         on behalf of Creditor The Huntington National Bank bankruptcy@carlisle-law.com

Kenneth Steidl
                         on behalf of Debtor Michael A. Stetson julie.steidl@steidl-steinberg.com
                         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Kenneth Steidl
                         on behalf of Joint Debtor Patricia R. Stetson julie.steidl@steidl-steinberg.com
                         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st

District/off: 0315-2                            User: auto                                    Page 2 of 2
Date Rcvd: May 28, 2026                      Form ID: pdf900                              Total Noticed: 1

eidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Matthew Fissel

on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Roger Fay

on behalf of Creditor ONSLOW BAY FINANCIAL LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9