IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Michael Stetson | ) | Case No. 21-21139 GLT |
| Patricia Stetson | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Michael Stetson | ) | |
| Patricia Stetson | ) | |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No Respondents | ) | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.  The Debtor has made all payments required by the Chapter 13 Plan.

2.  The Debtor is not required to pay any Domestic Support Obligations.

3.  The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.  On May 11, 2026, at docket numbers 93 and 94, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| May 20, 2026 | /s/ Michael Stetson |
| Date | Debtor |
| | |
| May 20, 2026 | /s/ Patricia Stetson |
| Date | Debtor |

Respectfully submitted,

| | |
|---|---|
| June 2, 2026 | /s/ Kenneth Steidl |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 436 7th Ave- Suite 322 |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No. 34965 |

**PAWB Local Form 24 (07/13)**