**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **MICHAEL A. STETSON** |
| Debtor 2 (Spouse, if filing) | **PATRICIA R. STETSON** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **21-21139GLT** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:**  ONSLOW BAY FINANCIAL LLC

**Court claim no.** (if known): 24-2

**Last 4 digits** of any number you use to identify the debtor's account:  7  2  5  1

**Property Address:**  125 HEISTURSBURG RD
Number        Street

EAST MILLSBORO                            PA      15433
City                                          State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 2,290.55 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 2,290.55 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 2,290.55 |

**Part 4:  Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $      107,300.64

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
June 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:  Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $            -0-

**Part 6:  A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour                                          Date      07/30/2026
    Signature

Trustee          Ronda J. Winnecour
                 First Name          Middle Name          Last Name

Address          CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
                 Number          Street

                 PITTSBURGH                              PA      15219
                 City                                    State   ZIP Code

Contact phone    (412) 471-5566                    Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **STETSON** | | Case Number **21-21139GLT** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 03/28/2023 | 1262989 | Amounts Disbursed To Creditor | 95.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 04/25/2023 | 1266059 | Amounts Disbursed To Creditor | 167.69 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 05/25/2023 | 1268923 | Amounts Disbursed To Creditor | 167.24 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 06/26/2023 | 1271826 | Amounts Disbursed To Creditor | 152.31 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 07/25/2023 | 1274571 | Amounts Disbursed To Creditor | 151.90 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 08/25/2023 | 1277346 | Amounts Disbursed To Creditor | 151.49 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 09/26/2023 | 1280083 | Amounts Disbursed To Creditor | 151.08 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 10/25/2023 | 1282797 | Amounts Disbursed To Creditor | 150.68 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 01/26/2024 | 1290738 | Amounts Disbursed To Creditor | 444.84 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 02/26/2024 | 1293389 | Amounts Disbursed To Creditor | 149.86 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 03/26/2024 | 1296040 | Amounts Disbursed To Creditor | 149.46 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 05/29/2024 | 1301411 | Amounts Disbursed To Creditor | 297.12 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 11/25/2024 | 1316792 | Amounts Disbursed To Creditor | 61.16 |
| | | | | Total for Claim Number 24-2: | 2,290.55 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **2,290.55** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 08/26/2021 | 1207483 | Amounts Disbursed To Creditor | 5,155.04 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 09/24/2021 | 1210603 | Amounts Disbursed To Creditor | 1,862.86 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 10/25/2021 | 1213678 | Amounts Disbursed To Creditor | 1,843.07 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 11/22/2021 | 1216717 | Amounts Disbursed To Creditor | 1,831.37 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 12/23/2021 | 1219781 | Amounts Disbursed To Creditor | 1,835.38 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 01/26/2022 | 1222849 | Amounts Disbursed To Creditor | 1,837.93 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 02/23/2022 | 1225731 | Amounts Disbursed To Creditor | 1,862.65 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 03/25/2022 | 1228685 | Amounts Disbursed To Creditor | 1,864.97 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 04/26/2022 | 1231733 | Amounts Disbursed To Creditor | 1,878.51 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 05/25/2022 | 1234771 | Amounts Disbursed To Creditor | 1,876.00 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 06/27/2022 | 1237790 | Amounts Disbursed To Creditor | 1,874.68 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 07/26/2022 | 1240736 | Amounts Disbursed To Creditor | 1,781.56 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 08/24/2022 | 1243629 | Amounts Disbursed To Creditor | 1,809.24 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 09/27/2022 | 1246496 | Amounts Disbursed To Creditor | 1,885.70 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 10/25/2022 | 1249329 | Amounts Disbursed To Creditor | 1,833.97 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 11/23/2022 | 1252102 | Amounts Disbursed To Creditor | 1,837.30 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 12/22/2022 | 1254870 | Amounts Disbursed To Creditor | 1,838.20 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 01/26/2023 | 1257602 | Amounts Disbursed To Creditor | 1,838.37 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 02/23/2023 | 1260222 | Amounts Disbursed To Creditor | 1,672.76 |
| 24-2 | MATRIX FINANCIAL SERVICES CORP | 03/28/2023 | 1262989 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 04/25/2023 | 1266059 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 05/25/2023 | 1268923 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 06/26/2023 | 1271826 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 07/25/2023 | 1274571 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 08/25/2023 | 1277346 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 09/26/2023 | 1280083 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 10/25/2023 | 1282797 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 12/21/2023 | 1288057 | Amounts Disbursed To Creditor | 1,894.98 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 01/26/2024 | 1290738 | Amounts Disbursed To Creditor | 3,090.18 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 02/26/2024 | 1293389 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 03/26/2024 | 1296040 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 05/29/2024 | 1301411 | Amounts Disbursed To Creditor | 3,323.44 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 07/25/2024 | 1306544 | Amounts Disbursed To Creditor | 1,222.28 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 08/26/2024 | 1309112 | Amounts Disbursed To Creditor | 1,699.28 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 09/25/2024 | 1311702 | Amounts Disbursed To Creditor | 1,853.28 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 10/25/2024 | 1314228 | Amounts Disbursed To Creditor | 1,872.04 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 11/25/2024 | 1316792 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 12/23/2024 | 1319190 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 01/28/2025 | 1321685 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 02/25/2025 | 1324114 | Amounts Disbursed To Creditor | 1,661.72 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 03/26/2025 | 1326601 | Amounts Disbursed To Creditor | 2,394.37 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 04/25/2025 | 1329070 | Amounts Disbursed To Creditor | 1,936.17 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 05/23/2025 | 1331477 | Amounts Disbursed To Creditor | 2,232.73 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 06/25/2025 | 1333926 | Amounts Disbursed To Creditor | 2,172.63 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 07/25/2025 | 1336398 | Amounts Disbursed To Creditor | 2,189.79 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 08/26/2025 | 1338806 | Amounts Disbursed To Creditor | 1,913.77 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 09/25/2025 | 1341223 | Amounts Disbursed To Creditor | 1,873.55 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 10/24/2025 | 1343695 | Amounts Disbursed To Creditor | 1,774.35 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 11/21/2025 | 1345994 | Amounts Disbursed To Creditor | 1,774.35 |

Debtor 1 __**STETSON**_____    Case Number **21-21139GLT**_____    Page 2
       <sub>Name</sub>

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 24-2 | ONSLOW BAY FINANCIAL LLC | 12/23/2025 | 1348344 | Amounts Disbursed To Creditor | 1,774.35 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 01/27/2026 | 1350737 | Amounts Disbursed To Creditor | 1,774.35 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 02/24/2026 | 1353093 | Amounts Disbursed To Creditor | 1,774.35 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 03/25/2026 | 1355495 | Amounts Disbursed To Creditor | 1,774.35 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 04/27/2026 | 1357891 | Amounts Disbursed To Creditor | 3,428.77 |
| 24-2 | ONSLOW BAY FINANCIAL LLC | 05/27/2026 | 1360290 | Amounts Disbursed To Creditor | 2,073.64 |
| | | | | Total for Claim Number 24-2: | 107,300.64 |

**Total for Part 4 - a (Postpetition Payments):**    **107,300.64**

### Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHAEL A. STETSON
PATRICIA R. STETSON
125 HEISTURSBURG ROAD
EAST MILLSBORO, PA  15433

KENNETH STEIDL ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

NATIONSTAR MORTGAGE LLC**
ATTN BANKRUPTCY NOTICES - LEGAL
PO BOX 619096
DALLAS, TX  75261-9741

ONSLOW BAY FINANCIAL LLC
C/O NATIONSTAR MORTGAGE LLC(*)
ATTN BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS, TX  75261-9741

Dated: 07/30/2026

/s/ Roberta Saunier
_____
Administrative Assistant
Office of the Chapter 13 Trustee