Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael A. Stetson** | : | Case No. 21−21139−GLT |
| **Patricia R. Stetson** | : | Chapter: 13 |
| **aka Tricia R. Stetson** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 101 |
| | : | |
| v. | : | Hearing Date: 9/23/26 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 29th of July, 2026*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 101 by the Chapter 13 Trustee,

     It is hereby *ORDERED, ADJUDGED and DECREED* that:

     (1)  *On or before September 11, 2026*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *September 23, 2026 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Michael A. Stetson

Patricia R. Stetson

    Debtors

Case No. 21-21139-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 29, 2026 | Form ID: 604 | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Stetson, Patricia R. Stetson, 125 Heistursburg Road, East Millsboro, PA 15433-1145 |
| 15373073 | | Childrens Express Care, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 15373090 | | Foundation Radiology Group, PO Box 554895, Pittsburgh, PA 15222 |
| 15373092 | + | Hollywood Heating Inc., 1 Mechanic Street, California, PA 15419-1077 |
| 15373101 | + | Martinelli Eye Clinic, 303 First Street, Charleroi, PA 15022-1427 |
| 15373104 | + | Mon-Vale Specialty Practices, Inc., 9568 Kings Charter Drive, Suite 202, Ashland, VA 23005-7955 |
| 15373105 | | Monongahela Valley Hospital, P.O. Box 715064, Cincinnati, OH 45271-5064 |
| 15593265 | + | Onslow Bay Financial LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 15373128 | | University Health Associates, PO Box 875, Morgantown, WV 26507-0875 |
| 15373129 | | WVU Medicine, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 30 2026 00:41:00 | ONSLOW BAY FINANCIAL LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2026 00:47:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 30 2026 00:41:00 | Pingora Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: bankruptcy@huntington.com | Jul 30 2026 00:42:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15378141 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2026 00:47:34 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15373064 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2026 00:41:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15373063 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2026 00:41:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15373065 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 30 2026 00:41:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15373066 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 30 2026 00:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |

District/off: 0315-2                     User: auto                                    Page 2 of 5

Date Rcvd: Jul 29, 2026                  Form ID: 604                                  Total Noticed: 74

| 15386506 | + Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | | |
| | | Jul 30 2026 00:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15373068 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15373067 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:15 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15378394 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15373069 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:32 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373071 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373074 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 30 2026 00:47:17 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15373075 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 30 2026 00:47:28 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373076 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 30 2026 00:47:36 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15373077 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 30 2026 00:47:28 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373078 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 30 2026 00:47:28 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373080 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 30 2026 00:47:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373082 | ^ MEBN | | |
| | | Jul 30 2026 00:34:13 | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373084 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 30 2026 00:42:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15373085 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 30 2026 00:42:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15373086 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 30 2026 00:42:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15373087 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 30 2026 00:42:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 15373095 | Email/Text: litbkcourtmail@johndeere.com | | |
| | | Jul 30 2026 00:41:00 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 15392151 | Email/Text: litbkcourtmail@johndeere.com | | |
| | | Jul 30 2026 00:41:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 15373088 | Email/Text: mrdiscen@discover.com | | |
| | | Jul 30 2026 00:41:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15375359 | Email/Text: mrdiscen@discover.com | | |
| | | Jul 30 2026 00:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15373089 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 30 2026 00:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15373093 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jul 30 2026 00:42:00 | Huntington Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15373094 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jul 30 2026 00:42:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland, OH 44101-6424 |
| 15385753 | + Email/Text: RASEBN@raslg.com | | |

District/off: 0315-2                           User: auto                                    Page 3 of 5

Date Rcvd: Jul 29, 2026                        Form ID: 604                          Total Noticed: 74

| | | | |
|---|---|---|---|
| | | Jul 30 2026 00:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15373096 | ^ MEBN | | |
| | | Jul 30 2026 00:34:46 | John Deere Financial, One John Deere Place, Moline, IL 61265-8010 |
| 15373098 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:25 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15373097 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:24 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15390641 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 30 2026 00:47:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15373100 | Email/Text: camanagement@mtb.com | | |
| | | Jul 30 2026 00:42:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15373099 | Email/Text: camanagement@mtb.com | | |
| | | Jul 30 2026 00:42:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15389034 | + Email/Text: camanagement@mtb.com | | |
| | | Jul 30 2026 00:42:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15393978 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 30 2026 00:42:00 | Matrix Financial Services Corporation LLC, c/o Nationstar Mortgage LLC dba Mr. Coop, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 15373102 | ^ MEBN | | |
| | | Jul 30 2026 00:34:12 | Med Express, PO Box 14000, Belfast, ME 04915-4033 |
| 15373103 | Email/Text: rcpsbankruptcynotices@parallon.com | | |
| | | Jul 30 2026 00:43:00 | Medicredit, P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 15373107 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 30 2026 00:42:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15373108 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 30 2026 00:47:36 | NTB/Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373109 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 30 2026 00:47:17 | NTB/Citibank, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 15388446 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 30 2026 00:47:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15391891 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 30 2026 00:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15373110 | ^ MEBN | | |
| | | Jul 30 2026 00:34:30 | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15373111 | ^ MEBN | | |
| | | Jul 30 2026 00:34:23 | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15389256 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jul 30 2026 00:47:16 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373438 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 30 2026 00:47:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15373114 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:33 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373116 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:23 | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373120 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 30 2026 00:47:14 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373119 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |

District/off: 0315-2      User: auto      Page 4 of 5

Date Rcvd: Jul 29, 2026      Form ID: 604      Total Noticed: 74

| | | | Jul 30 2026 00:47:23 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
|---|---|---|---|---|
| 15373121 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:33 | Synchrony Bank/Matress Firm, Po Box 965036, Orlando, FL 32896-5036 |
| 15373122 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:22 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373124 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:23 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373118 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:32 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373127 | ^ | MEBN | Jul 30 2026 00:34:10 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15390501 | | Email/Text: BNCnotices@dcmservices.com | Jul 30 2026 00:42:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15390502 | | Email/Text: BNCnotices@dcmservices.com | Jul 30 2026 00:42:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373070 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373072 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373079 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373081 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373083 | * | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373112 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373113 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373115 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373117 | *+ | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373123 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373125 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373091 | ##+ | Hollywood Heating Inc., PO Box 254, California, PA 15419-0254 |
| 15373106 | ## | Mountain State Medical Specialties, 125 N 6th St., Clarksburg, WV 26301-2665 |
| 15373126 | ##+ | Thrifty Propane, PO Box 2018, Medina, OH 44258-2018 |

TOTAL: 0 Undeliverable, 13 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026      Signature:      /s/Gustava Winters

District/off: 0315-2

Date Rcvd: Jul 29, 2026

User: auto

Form ID: 604

Page 5 of 5

Total Noticed: 74

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Griffin Wohlrab | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor Pingora Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher Kennedy | on behalf of Creditor The Huntington National Bank bankruptcy@carlisle-law.com |
| Kenneth Steidl | on behalf of Joint Debtor Patricia R. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Kenneth Steidl | on behalf of Debtor Michael A. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor ONSLOW BAY FINANCIAL LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9