**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL A. STETSON
PATRICIA R. STETSON
        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
      vs.
No Respondents.

Case No.:21-21139

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 28, 2026

/s/  Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/06/2021  and confirmed on 6/15/21 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 277,360.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 277,360.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 7,130.36 | |
| Trustee Fee | 14,073.42 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 21,203.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 36,840.03 | 0.00 | 36,840.03 |
| Acct: 5604 | | | | |
| ONSLOW BAY FINANCIAL LLC | 0.00 | 107,300.64 | 0.00 | 107,300.64 |
| Acct: 7251 | | | | |
| ONSLOW BAY FINANCIAL LLC | 2,290.55 | 2,290.55 | 0.00 | 2,290.55 |
| Acct: 7251 | | | | |
| ALLY BANK(*) | 0.00 | 43,355.36 | 0.00 | 43,355.36 |
| Acct: 5017 | | | | |
| JOHN DEERE FINANCIAL | 5,370.00 | 5,370.00 | 634.36 | 6,004.36 |
| Acct: 3491 | | | | |
| M & T BANK | 0.00 | 45,364.78 | 0.00 | 45,364.78 |
| Acct: 7025 | | | | |
| | | | | 241,155.72 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL A. STETSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 4,400.00 | 4,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 2,730.36 | 2,730.36 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX8-26 | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 6,396.08 | 867.44 | 0.00 | 867.44 |
| Acct: 3784 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 11,271.37 | 1,528.62 | 0.00 | 1,528.62 |
| Acct: 0883 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 23,809.16 | 3,229.00 | 0.00 | 3,229.00 |
| Acct: 4398 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 20,988.30 | 2,846.43 | 0.00 | 2,846.43 |
| Acct: 0998 | | | | |
| CHILDRENS COMMUNITY CARE | 0.00 | 0.00 | 0.00 | 0.00 |

21-21139

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| LVNV FUNDING LLC | 782.20 | 106.08 | 0.00 | 106.08 |
| Acct: 1471 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 1,292.83 | 175.33 | 0.00 | 175.33 |
| Acct: 7310 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 5,424.20 | 735.63 | 0.00 | 735.63 |
| Acct: 7851 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 4,176.02 | 566.35 | 0.00 | 566.35 |
| Acct: 0687 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8002 | | | | |
| UPMC PHYSICIAN SERVICES | 354.67 | 48.10 | 0.00 | 48.10 |
| Acct: 6642 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 2,526.73 | 342.68 | 0.00 | 342.68 |
| Acct: 7602 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 1,265.76 | 171.66 | 0.00 | 171.66 |
| Acct: 7835 | | | | |
| DISCOVER BANK(*) | 2,422.25 | 328.51 | 0.00 | 328.51 |
| Acct: 8368 | | | | |
| FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHAPTER HOLDINGS LLC FBO HOLLOW( | 3,850.00 | 522.14 | 0.00 | 522.14 |
| Acct: | | | | |
| KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8943 | | | | |
| MARTINELLI EYE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEDICREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MON VALE SPECIALTY PRACTICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MOUNTAIN STATE MEDICAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 862.37 | 116.95 | 0.00 | 116.95 |
| Acct: 5184 | | | | |
| QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 1,742.44 | 236.31 | 0.00 | 236.31 |
| Acct: 0887 | | | | |
| REVCO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9686 | | | | |
| REVCO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3463 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 4,812.02 | 652.61 | 0.00 | 652.61 |
| Acct: 8592 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 4,225.24 | 573.03 | 0.00 | 573.03 |
| Acct: 1711 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 6,389.67 | 866.57 | 0.00 | 866.57 |
| Acct: 9726 | | | | |
| LVNV FUNDING LLC | 2,799.91 | 379.72 | 0.00 | 379.72 |
| Acct: 1195 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,982.53 | 404.49 | 0.00 | 404.49 |
| Acct: 6946 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 1,972.62 | 267.53 | 0.00 | 267.53 |
| Acct: 0706 | | | | |
| THRIFTY PROPANE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |

21-21139

Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIVERSITY HEALTH ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WVU MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 1.00 | 0.14 | 0.00 | 0.14 |
| Acct: 7025 | | | | |
| JOHN DEERE FINANCIAL | 259.40 | 35.18 | 0.00 | 35.18 |
| Acct: 3491 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0706 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CARLISLE MCNELLIE & RINI CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,000.50 |

TOTAL PAID TO CREDITORS                                                         256,156.22

TOTAL CLAIMED
PRIORITY                    0.00
SECURED               7,660.55
UNSECURED          110,606.77

Date: 07/28/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MICHAEL A. STETSON
    PATRICIA R. STETSON
          Debtor(s)

    Ronda J. Winnecour
          Movant
         vs.
    No Repondents.

Case No.:21-21139

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-21139-GLT

Michael A. Stetson                                                                        Chapter 13

Patricia R. Stetson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                     User: auto                           Page 1 of 5

Date Rcvd: Jul 29, 2026            Form ID: pdf900                      Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Stetson, Patricia R. Stetson, 125 Heistursburg Road, East Millsboro, PA 15433-1145 |
| 15373073 | | Childrens Express Care, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 15373090 | | Foundation Radiology Group, PO Box 554895, Pittsburgh, PA 15222 |
| 15373092 | + | Hollywood Heating Inc., 1 Mechanic Street, California, PA 15419-1077 |
| 15373101 | + | Martinelli Eye Clinic, 303 First Street, Charleroi, PA 15022-1427 |
| 15373104 | + | Mon-Vale Specialty Practices, Inc., 9568 Kings Charter Drive, Suite 202, Ashland, VA 23005-7955 |
| 15373105 | | Monongahela Valley Hospital, P.O. Box 715064, Cincinnati, OH 45271-5064 |
| 15593265 | + | Onslow Bay Financial LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 15373128 | | University Health Associates, PO Box 875, Morgantown, WV 26507-0875 |
| 15373129 | | WVU Medicine, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 30 2026 00:41:00 | ONSLOW BAY FINANCIAL LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2026 00:47:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 30 2026 00:41:00 | Pingora Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: bankruptcy@huntington.com | Jul 30 2026 00:42:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15378141 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2026 00:47:26 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15373064 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2026 00:41:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15373063 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2026 00:41:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15373065 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 30 2026 00:41:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15373066 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 30 2026 00:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |

District/off: 0315-2                           User: auto                                    Page 2 of 5

Date Rcvd: Jul 29, 2026                        Form ID: pdf900                               Total Noticed: 74

| | | | |
|---|---|---|---|
| 15386506 | + Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jul 30 2026 00:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15373068 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2026 00:47:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15373067 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2026 00:47:16 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15378394 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2026 00:47:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15373069 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2026 00:47:13 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373071 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2026 00:47:22 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373074 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:28 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15373075 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:17 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373076 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:28 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15373077 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:36 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373078 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:36 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373080 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373082 | ^ MEBN | Jul 30 2026 00:34:14 | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373084 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2026 00:42:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15373085 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2026 00:42:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15373086 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2026 00:42:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15373087 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2026 00:42:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 15373095 | Email/Text: litbkcourtmail@johndeere.com | Jul 30 2026 00:41:00 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 15392151 | Email/Text: litbkcourtmail@johndeere.com | Jul 30 2026 00:41:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 15373088 | Email/Text: mrdiscen@discover.com | Jul 30 2026 00:41:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15375359 | Email/Text: mrdiscen@discover.com | Jul 30 2026 00:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15373089 | + Email/Text: mrdiscen@discover.com | Jul 30 2026 00:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15373093 | + Email/Text: bankruptcy@huntington.com | Jul 30 2026 00:42:00 | Huntington Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15373094 | + Email/Text: bankruptcy@huntington.com | Jul 30 2026 00:42:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland, OH 44101-6424 |
| 15385753 | + Email/Text: RASEBN@raslg.com | | |

District/off: 0315-2                          User: auto                                  Page 3 of 5

Date Rcvd: Jul 29, 2026                     Form ID: pdf900                            Total Noticed: 74

|  |  |  | Jul 30 2026 00:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15373096 | ^ | MEBN | Jul 30 2026 00:34:46 | John Deere Financial, One John Deere Place, Moline, IL 61265-8010 |
| 15373098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2026 00:47:15 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15373097 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2026 00:47:24 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15390641 |  | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 00:47:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15373100 |  | Email/Text: camanagement@mtb.com | Jul 30 2026 00:42:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15373099 |  | Email/Text: camanagement@mtb.com | Jul 30 2026 00:42:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15389034 | + | Email/Text: camanagement@mtb.com | Jul 30 2026 00:42:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15393978 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 00:42:00 | Matrix Financial Services Corporation LLC, c/o Nationstar Mortgage LLC dba Mr. Coop, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 15373102 | ^ | MEBN | Jul 30 2026 00:34:12 | Med Express, PO Box 14000, Belfast, ME 04915-4033 |
| 15373103 |  | Email/Text: rcpsbankruptcynotices@parallon.com | Jul 30 2026 00:43:00 | Medicredit, P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 15373107 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 00:42:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15373108 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:28 | NTB/Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373109 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:28 | NTB/Citibank, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 15388446 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2026 00:47:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15391891 |  | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2026 00:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15373110 | ^ | MEBN | Jul 30 2026 00:34:31 | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15373111 | ^ | MEBN | Jul 30 2026 00:34:22 | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15389256 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 30 2026 00:47:26 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373438 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2026 00:47:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15373114 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:32 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:33 | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373120 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:15 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373119 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 29, 2026 | Form ID: pdf900 | Total Noticed: 74 |

|  |  | Jul 30 2026 00:47:14 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
|---|---|---|---|
| 15373121 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:14 | Synchrony Bank/Matress Firm, Po Box 965036, Orlando, FL 32896-5036 |
| 15373122 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:32 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373124 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:32 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373118 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:24 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373127 | ^ MEBN | Jul 30 2026 00:34:07 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15390501 | Email/Text: BNCnotices@dcmservices.com | Jul 30 2026 00:42:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15390502 | Email/Text: BNCnotices@dcmservices.com | Jul 30 2026 00:42:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373070 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373072 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373079 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373081 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373083 | * | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373112 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373113 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373115 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373117 | *+ | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373123 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373125 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373091 | ##+ | Hollywood Heating Inc., PO Box 254, California, PA 15419-0254 |
| 15373106 | ## | Mountain State Medical Specialties, 125 N 6th St., Clarksburg, WV 26301-2665 |
| 15373126 | ##+ | Thrifty Propane, PO Box 2018, Medina, OH 44258-2018 |

TOTAL: 0 Undeliverable, 13 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                Signature:        /s/Gustava Winters

District/off: 0315-2                                     User: auto                                     Page 5 of 5
Date Rcvd: Jul 29, 2026                                Form ID: pdf900                             Total Noticed: 74

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Charles Griffin Wohlrab | on behalf of Creditor Pingora Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Christopher Kennedy | on behalf of Creditor The Huntington National Bank bankruptcy@carlisle-law.com |
| Kenneth Steidl | on behalf of Debtor Michael A. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Kenneth Steidl | on behalf of Joint Debtor Patricia R. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor ONSLOW BAY FINANCIAL LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9