**Fill in this information to identify the case:**

Debtor 1 Michael A. Stetson

Debtor 2 (Spouse, if filing) Patricia R. Stetson

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number 21-21139-GLT

# Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** Onslow Bay Financial LLC

Court claim no. (if known): 24-2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX7251

**Property address:**
125 Heistersburg Road
Number Street

East Millsboro, PA 15433
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $2,290.55 .

*Check all that apply:*

- ☒ The amount required to cure any prepetition arrearage has been paid in full.
- ☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $________

- ☒ The amount required to cure any postpetition arrearage has been paid in full.
- ☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $0.00

## Part 3: Postpetition Payment

(a) *Check all that apply:*

☐ The debtors are current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtors are not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: 07/01/2026 **The post-petition payments due are from 7/1/2026-8/1/2026 at $1,937.18 each.**

☐ The debtors have fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 06/01/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 07/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $1,937.18 |
| iv. | Unpaid principal balance of the loan: | $231,526.63 |
| v. | Additional amounts due for any deferred or accrued interest: | $1,835.69 |
| vi. | Balance of the escrow account: | $1,323.32 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $1,760.63 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

**The Creditor agrees that they received $107,300.64 for the post-petition payments disbursed by the Trustee.**

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtors are not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs, are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- All prepetition and postpetition payments received;
- The application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtors' principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box.

☐ I am the creditor

☒ I am the claim holder's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ */s/Maria Tsagaris* Date 08/27/2026
Signature

Name Maria Tsagaris
First Name Middle Name Last Name

Title Authorized Agent for the Creditor

Company McCalla Raymer Leibert Pierce, LLP
**Identify the corporate servicer as the company if the authorized agent is a servicer.**

Address 1544 Old Alabama Road
Number Street

Roswell, GA 30076
City State Zip Code

Contact phone 678-281-6532 Email Maria.Tsagaris@mccalla.com

**Please note that the information may not be current as of the response filing date. The Creditor may have required additional time to compile and verify the necessary data to prepare this response. Accordingly, the figures and representations provided herein may reflect the status of the account as of an earlier date and may not account for more recent activity.**

**Post-petition Amount Due:**

| | |
|---|---|
| **Payment Total:** | **$3,874.36** |
| **PPFN Fees:** | **$0.00** |
| **Suspense:** | **($1,760.63)** |
| **Total Due:** | **$2,113.73** |

| | | | |
|---|---|---|---|
| In Re: | Michael A. Stetson | Bankruptcy Case No.: | 21-21139-GLT |
| | Patricia R. Stetson | Chapter: | 13 |
| | | Chief Judge: | Gregory L. Taddonio |

CERTIFICATE OF SERVICE

I, Maria Tsagaris, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Trustee's Notice of Disbursements Made in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Michael A. Stetson
125 Heistursburg Road
East Millsboro, PA 15433

Patricia R. Stetson
125 Heistursburg Road
East Millsboro, PA 15433

Kenneth Steidl, Esq. *(served via ECF Notification)*
Steidl & Steinberg
Koppers Building
436 Seventh Ave. Ste. 322
Pittsburgh, PA 15219

Ronda J. Winnecour, Trustee *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee *(served via ECF Notification)*
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 08/27/2026 By: */s/Maria Tsagaris*
(date)
Maria Tsagaris
Authorized Agent for the Creditor

| | |
|---|---|
| **Loan Number** | |
| **Debtor** | Michael A. Stetson and Patricia R. Stetson |
| **BK filed date** | 5/6/2021 |
| **BK Case #** | 21-21139-GLT |
| **Post Next Due** | 07/01/26 |
| **Suspense** | $ 1,760.63 |

| **Filed POC - First Post Payment** | | **6/1/2021** | $ 1,661.72 |
|---|---|---|---|
| **Payment Changes** | **Filed Date** | **Effective Date** | **Amount** |
| Escrow | 6/15/2023 | 8/1/2023 | $ 1,778.79 |
| Escrow | 4/5/2024 | 5/1/2024 | $ 1,774.35 |
| Escrow | 4/28/2025 | 6/1/2025 | $ 1,923.59 |
| Escrow | 4/21/2026 | 6/1/2026 | $ 1,937.18 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |

| | **Amount Due** | **Date** | **Suspense** |
|---|---|---|---|
| **Next Due** | $ 1,937.18 | 7/1/2026 | $ 1,760.63 |

| Date Received | Amount Received | | Amount Due | Post-Petition Due date | Suspense Balance |
|---|---|---|---|---|---|
| | | | | | |
| 8/31/2021 | $ 5,155.04 | | $ 1,661.72 | 6/1/2021 | $ 3,493.32 |
| 8/31/2021 | $ - | | $ 1,661.72 | 7/1/2021 | $ 1,831.60 |
| 9/28/2021 | $ 1,862.86 | | $ 1,661.72 | 8/1/2021 | $ 2,032.74 |
| 10/29/2021 | $ 1,843.07 | | $ 1,661.72 | 9/1/2021 | $ 2,214.09 |
| 11/3/2021 | $ 1,760.63 | | $ 1,661.72 | 10/1/2021 | $ 2,313.00 |
| 11/4/2021 | $ - | | $ 1,661.72 | 11/1/2021 | $ 651.28 |
| 12/1/2021 | $ 1,831.37 | | $ 1,661.72 | 12/1/2021 | $ 820.93 |
| 12/28/2021 | $ 1,835.38 | | $ 1,661.72 | 1/1/2022 | $ 994.59 |
| 2/2/2022 | $ 1,837.93 | | $ 1,661.72 | 2/1/2022 | $ 1,170.80 |
| 3/1/2022 | $ 1,862.65 | | $ 1,661.72 | 3/1/2022 | $ 1,371.73 |
| 3/29/2022 | $ 1,864.97 | | $ 1,661.72 | 4/1/2022 | $ 1,574.98 |
| -- | $ - | | $ - | | $ 1,574.98 |
| 4/30/2022 | $ 1,878.51 | | $ 1,661.72 | 5/1/2022 | $ 1,791.77 |
| 6/1/2022 | $ 1,876.00 | | $ 1,661.72 | 6/1/2022 | $ 2,006.05 |
| 6/1/2022 | $ - | | $ 1,661.72 | 7/1/2022 | $ 344.33 |
| 7/1/2022 | $ 1,874.68 | | $ 1,661.72 | 8/1/2022 | $ 557.29 |
| -- | $ - | | $ - | | $ 557.29 |
| 7/31/2022 | $ 1,781.56 | | $ 1,661.72 | 9/1/2022 | $ 677.13 |
| 8/30/2022 | $ 1,809.24 | | $ 1,661.72 | 10/1/2022 | $ 824.65 |
| -- | $ - | | $ - | | $ 824.65 |
| -- | $ - | | $ - | | $ 824.65 |
| 10/3/2022 | $ 1,885.70 | | $ 1,661.72 | 11/1/2022 | $ 1,048.63 |
| -- | $ - | | $ - | | $ 1,048.63 |
| 11/1/2022 | $ 1,833.97 | | $ 1,661.72 | 12/1/2022 | $ 1,220.88 |
| 11/29/2022 | $ 1,837.30 | | $ 1,661.72 | 1/1/2023 | $ 1,396.46 |
| -- | $ - | | $ - | | $ 1,396.46 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/28/2022 | $ | 1,838.20 | | $ | 1,661.72 | 2/1/2023 | $ | 1,572.94 |
| -- | $ | - | | $ | - | | $ | 1,572.94 |
| 1/31/2023 | $ | 1,838.37 | | $ | 1,661.72 | 3/1/2023 | $ | 1,749.59 |
| 2/1/2023 | $ | - | | $ | 1,661.72 | 4/1/2023 | $ | 87.87 |
| 3/1/2023 | $ | 1,672.76 | | $ | 1,661.72 | 5/1/2023 | $ | 98.91 |
| -- | $ | - | | $ | - | | $ | 98.91 |
| 4/4/2023 | $ | 1,661.72 | | $ | 1,661.72 | 6/1/2023 | $ | 98.91 |
| -- | $ | - | | $ | - | | $ | 98.91 |
| -- | $ | - | | $ | - | | $ | 98.91 |
| -- | $ | - | | $ | - | | $ | 98.91 |
| 4/30/2023 | $ | 1,661.72 | | $ | 1,661.72 | 7/1/2023 | $ | 98.91 |
| -- | $ | - | | $ | - | | $ | 98.91 |
| -- | $ | - | | $ | - | | $ | 98.91 |
| 5/31/2023 | $ | 1,661.72 | | $ | - | | $ | 1,760.63 |
| -- | $ | - | | $ | - | | $ | 1,760.63 |
| -- | $ | - | | $ | - | | $ | 1,760.63 |
| 6/30/2023 | $ | 1,661.72 | | $ | 1,778.79 | 8/1/2023 | $ | 1,643.56 |
| -- | $ | - | | $ | - | | $ | 1,643.56 |
| -- | $ | - | | $ | - | | $ | 1,643.56 |
| -- | $ | - | | $ | - | | $ | 1,643.56 |
| 7/31/2023 | $ | 1,661.72 | | $ | 1,778.79 | 9/1/2023 | $ | 1,526.49 |
| -- | $ | - | | $ | - | | $ | 1,526.49 |
| 8/30/2023 | $ | 1,661.72 | | $ | 1,778.79 | 10/1/2023 | $ | 1,409.42 |
| -- | $ | - | | $ | - | | $ | 1,409.42 |
| 10/2/2023 | $ | 1,661.72 | | $ | 1,778.79 | 11/1/2023 | $ | 1,292.35 |
| -- | $ | - | | $ | - | | $ | 1,292.35 |
| -- | $ | - | | $ | - | | $ | 1,292.35 |
| -- | $ | - | | $ | - | | $ | 1,292.35 |
| 10/31/2023 | $ | 1,661.72 | | $ | 1,778.79 | 12/1/2023 | $ | 1,175.28 |
| -- | $ | - | | $ | - | | $ | 1,175.28 |
| -- | $ | - | | $ | - | | $ | 1,175.28 |
| 12/27/2023 | $ | 1,894.98 | | $ | 1,778.79 | 1/1/2024 | $ | 1,291.47 |
| 2/1/2024 | $ | 3,090.18 | | $ | 1,778.79 | 2/1/2024 | $ | 2,602.86 |
| 2/1/2024 | $ | - | | $ | 1,778.79 | 3/1/2024 | $ | 824.07 |
| -- | $ | - | | $ | - | | $ | 824.07 |
| -- | $ | - | | $ | - | | $ | 824.07 |
| 3/1/2024 | $ | 1,661.72 | | $ | 1,778.79 | 4/1/2024 | $ | 707.00 |
| -- | $ | - | | $ | - | | $ | 707.00 |
| -- | $ | - | | $ | - | | $ | 707.00 |
| 4/4/2024 | $ | 1,661.72 | | $ | 1,774.35 | 5/1/2024 | $ | 594.37 |
| -- | $ | - | | $ | - | | $ | 594.37 |
| 4/4/2024 | $ | (4.44) | | $ | - | | $ | 589.93 |
| 4/5/2024 | $ | 4.44 | | $ | - | | $ | 594.37 |
| 6/4/2024 | $ | 3,323.44 | | $ | 1,774.35 | 6/1/2024 | $ | 2,143.46 |
| 6/4/2024 | $ | - | | $ | 1,774.35 | 7/1/2024 | $ | 369.11 |
| -- | $ | - | | $ | - | | $ | 369.11 |
| -- | $ | - | | $ | - | | $ | 369.11 |
| -- | $ | - | | $ | - | | $ | 369.11 |
| 7/30/2024 | $ | 1,222.28 | | $ | - | | $ | 1,591.39 |
| 8/31/2024 | $ | 1,699.28 | | $ | 1,774.35 | 8/1/2024 | $ | 1,516.32 |
| 10/1/2024 | $ | 1,853.28 | | $ | 1,774.35 | 9/1/2024 | $ | 1,595.25 |
| 10/30/2024 | $ | 1,872.04 | | $ | 1,774.35 | 10/1/2024 | $ | 1,692.94 |
| -- | $ | - | | $ | - | | $ | 1,692.94 |
| 11/30/2024 | $ | 1,661.72 | | $ | 1,774.35 | 11/1/2024 | $ | 1,580.31 |

| | | | | | |
|---|---|---|---|---|---|
| -- | $ - | | $ - | | $ 1,580.31 |
| -- | $ - | | $ - | | $ 1,580.31 |
| -- | $ - | | $ - | | $ 1,580.31 |
| 1/3/2025 | $ 1,661.72 | | $ 1,774.35 | 12/1/2024 | $ 1,467.68 |
| -- | $ - | | $ - | | $ 1,467.68 |
| 2/5/2025 | $ 1,661.72 | | $ 1,774.35 | 1/1/2025 | $ 1,355.05 |
| -- | $ - | | $ - | | $ 1,355.05 |
| 3/4/2025 | $ 1,661.72 | | $ 1,774.35 | 2/1/2025 | $ 1,242.42 |
| 4/2/2025 | $ 2,394.37 | | $ 1,774.35 | 3/1/2025 | $ 1,862.44 |
| 4/14/2025 | $ - | | $ 1,774.35 | 4/1/2025 | $ 88.09 |
| -- | $ - | | $ - | | $ 88.09 |
| 4/30/2025 | $ 1,936.17 | | $ 1,774.35 | 5/1/2025 | $ 249.91 |
| 5/31/2025 | $ 2,232.73 | | $ 1,923.59 | 6/1/2025 | $ 559.05 |
| 7/1/2025 | $ 2,172.63 | | $ 1,923.59 | 7/1/2025 | $ 808.09 |
| 7/30/2025 | $ 2,189.79 | | $ 1,923.59 | 8/1/2025 | $ 1,074.29 |
| 9/3/2025 | $ 1,913.77 | | $ 1,923.59 | 9/1/2025 | $ 1,064.47 |
| 9/30/2025 | $ 1,873.55 | | $ 1,923.59 | 10/1/2025 | $ 1,014.43 |
| 10/30/2025 | $ 1,774.35 | | $ 1,923.59 | 11/1/2025 | $ 865.19 |
| 11/30/2025 | $ 1,774.35 | | $ 1,923.59 | 12/1/2025 | $ 715.95 |
| 12/30/2025 | $ 1,774.35 | | $ 1,923.59 | 1/1/2026 | $ 566.71 |
| -- | $ - | | $ - | | $ 566.71 |
| 2/4/2026 | $ 1,774.35 | | $ 1,923.59 | 2/1/2026 | $ 417.47 |
| 2/28/2026 | $ 1,774.35 | | $ 1,923.59 | 3/1/2026 | $ 268.23 |
| 3/31/2026 | $ 1,774.35 | | $ 1,923.59 | 4/1/2026 | $ 118.99 |
| 5/4/2026 | $ 3,428.77 | | $ 1,923.59 | 5/1/2026 | $ 1,624.17 |
| 6/1/2026 | $ 2,073.64 | | $ 1,937.18 | 6/1/2026 | $ 1,760.63 |
| -- | $ - | | $ - | | $ 1,760.63 |
| - | $ - | Due for | $ 1,937.18 | 7/1/2026 | $ (176.55) |
| - | $ - | Due for | $ 1,937.18 | 8/1/2026 | $ (2,113.73) |

SRV229R-04 8/20/26
KBHA1034 Payoff Quote Include/Omit Items 12:47:58
ADD

| | | | | | |
|---|---|---|---|---|---|
| Loan Number | PO Dt 8/20/26 | Int Paid To 6/01/26 | | | |
| Inv# LHX Loan Type 03 | Sub Code 00 | Next Due Dt 7/01/26 | | Int Rate | 3.625 |
| Prin Bal 231,526.63 | | Per Diem Int 22.99 | | Int Calcs | 1,835.69 |
| Optional Items to I-Include or O-Omit: | | | | Plan Number | 00001 |
| O Escrow Balance | 1,323.32 | O | Total Late Charges | | .00 |
| Interest on Escrow | .00 | O | Total NSF Charges | | .00 |
| I Escrow Advance | .00 | O | Optional Ins Payment | | .00 |
| I Misc Suspense Bal | 1,760.63 | O | Prepayment Penalty | | .00 |
| I Forbearance Bal | .00 | O | Mortgage Ins Premium | | .00 |
| O Subsidy | .00 | O | Other Fees Due | | .00 |
| O Hazard Suspense Bal | .00 | O | Rebate Points Financed | | 0000000 |
| Int on Hazard Loss | .00 | I | Deferred Principal | | .00 |
| O Inv. Advance | .00 | O | Recording Fee | | 0000000000000 |
| I Corp Advance Bal | .00 | O | Quote fee | | 0000000000000 |
| O Corp Expense Bal | .00 | O | Oth2 | COUNTY RECORDING FEE | 0000000007825 |
| O Default Int Due | .00 | O | Oth1 | ANTICIPATED FEE | 0000000000000 + |
| I Deferred Int | .00 | O | MBS Liq Difference | | .00 |
| O Prepaid Ins Rebate | .00 | | | | |
| O Partial Claims | .00 | | | | |
| Accept Quote - Y/N N | | | | PO Amt | 231,601.69 |

F3=Exit F5=Refresh F6=New Loan# F10=Fees F16=Suspense F24=More keys