**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael A. Stetson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0887 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Patricia R. Stetson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6642 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 21–21139–GLT | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael A. Stetson

Patricia R. Stetson
aka Tricia R. Stetson

9/14/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- ♦ some debts which the debtors did not properly list;
- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21139-GLT

Michael A. Stetson Chapter 13

Patricia R. Stetson

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 5

Date Rcvd: Sep 14, 2026 Form ID: 3180W Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Stetson, Patricia R. Stetson, 125 Heistursburg Road, East Millsboro, PA 15433-1145 |
| 15373073 | | Childrens Express Care, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 15373090 | | Foundation Radiology Group, PO Box 554895, Pittsburgh, PA 15222 |
| 15373092 | + | Hollywood Heating Inc., 1 Mechanic Street, California, PA 15419-1077 |
| 15373101 | + | Martinelli Eye Clinic, 303 First Street, Charleroi, PA 15022-1427 |
| 15373104 | + | Mon-Vale Specialty Practices, Inc., 9568 Kings Charter Drive, Suite 202, Ashland, VA 23005-7955 |
| 15373105 | | Monongahela Valley Hospital, P.O. Box 715064, Cincinnati, OH 45271-5064 |
| 15593265 | + | Onslow Bay Financial LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 15373128 | | University Health Associates, PO Box 875, Morgantown, WV 26507-0875 |
| 15373129 | | WVU Medicine, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 15 2026 04:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 15 2026 04:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 15 2026 00:34:00 | ONSLOW BAY FINANCIAL LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | EDI: PRA.COM | Sep 15 2026 04:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 15 2026 00:34:00 | Pingora Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: bankruptcy@huntington.com | Sep 15 2026 00:35:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15378141 | + | EDI: AISACG.COM | Sep 15 2026 04:27:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15373064 | + | EDI: GMACFS.COM | Sep 15 2026 04:27:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15373063 | + | EDI: GMACFS.COM | | |

| | | | |
|---|---|---|---|
| | | Sep 15 2026 04:27:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15373065 | + EDI: BANKAMER | Sep 15 2026 04:27:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15373066 | + EDI: BANKAMER | Sep 15 2026 04:27:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15386506 | + EDI: BANKAMER2 | Sep 15 2026 04:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15373068 | + EDI: CAPITALONE.COM | Sep 15 2026 04:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15373067 | + EDI: CAPITALONE.COM | Sep 15 2026 04:27:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15378394 | EDI: CAPITALONE.COM | Sep 15 2026 04:27:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15373069 | + EDI: JPMORGANCHASE | Sep 15 2026 04:27:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373071 | + EDI: JPMORGANCHASE | Sep 15 2026 04:27:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373074 | + EDI: CITICORP | Sep 15 2026 04:27:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15373075 | + EDI: CITICORP | Sep 15 2026 04:27:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373076 | EDI: CITICORP | Sep 15 2026 04:27:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15373077 | + EDI: CITICORP | Sep 15 2026 04:27:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373078 | + EDI: CITICORP | Sep 15 2026 04:27:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373080 | + EDI: CITICORP | Sep 15 2026 04:27:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373082 | ^ MEBN | Sep 15 2026 00:33:24 | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373084 | + EDI: WFNNB.COM | Sep 15 2026 04:27:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15373085 | + EDI: WFNNB.COM | Sep 15 2026 04:27:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15373086 | + EDI: WFNNB.COM | Sep 15 2026 04:27:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15373087 | EDI: WFNNB.COM | Sep 15 2026 04:27:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 15373095 | Email/Text: litbkcourtmail@johndeere.com | Sep 15 2026 00:34:00 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 15392151 | Email/Text: litbkcourtmail@johndeere.com | Sep 15 2026 00:34:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 15373088 | EDI: DISCOVER | Sep 15 2026 04:27:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15375359 | EDI: DISCOVER | Sep 15 2026 04:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15373089 | + EDI: DISCOVER | Sep 15 2026 04:27:00 | Discover Financial, Attn: Bankruptcy, Po Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 15373093 | + | Email/Text: bankruptcy@huntington.com | Sep 15 2026 00:35:00 | Huntington Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15373094 | + | Email/Text: bankruptcy@huntington.com | Sep 15 2026 00:35:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland, OH 44101-6424 |
| 15385753 | + | Email/Text: RASEBN@raslg.com | Sep 15 2026 00:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15373096 | ^ | MEBN | Sep 15 2026 00:33:23 | John Deere Financial, One John Deere Place, Moline, IL 61265-8010 |
| 15373098 | + | EDI: CAPITALONE.COM | Sep 15 2026 04:27:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15373097 | + | EDI: CAPITALONE.COM | Sep 15 2026 04:27:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15390641 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 00:44:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15373100 | | Email/Text: camanagement@mtb.com | Sep 15 2026 00:35:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15373099 | | Email/Text: camanagement@mtb.com | Sep 15 2026 00:35:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15389034 | + | Email/Text: camanagement@mtb.com | Sep 15 2026 00:35:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15393978 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2026 00:34:00 | Matrix Financial Services Corporation LLC, c/o Nationstar Mortgage LLC dba Mr. Coop, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 15373102 | ^ | MEBN | Sep 15 2026 00:33:42 | Med Express, PO Box 14000, Belfast, ME 04915-4033 |
| 15373103 | | EDI: PARALONMEDCREDT | Sep 15 2026 04:27:00 | Medicredit, P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 15373107 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2026 00:34:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15373108 | + | EDI: CITICORP | Sep 15 2026 04:27:00 | NTB/Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373109 | + | EDI: CITICORP | Sep 15 2026 04:27:00 | NTB/Citibank, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 15388446 | | EDI: PRA.COM | Sep 15 2026 04:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15391891 | | EDI: Q3G.COM | Sep 15 2026 04:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15373110 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 15 2026 00:35:00 | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15373111 | ^ | MEBN | Sep 15 2026 00:32:52 | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15389256 | + | EDI: AIS.COM | Sep 15 2026 04:27:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373438 | + | EDI: PRA.COM | Sep 15 2026 04:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15373114 | + | EDI: SYNC | Sep 15 2026 04:27:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy |

| | | | |
|---|---|---|---|
| | | | Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373116 | + EDI: SYNC | Sep 15 2026 04:27:00 | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373120 | + EDI: SYNC | Sep 15 2026 04:27:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373119 | + EDI: SYNC | Sep 15 2026 04:27:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15373121 | + EDI: SYNC | Sep 15 2026 04:27:00 | Synchrony Bank/Matress Firm, Po Box 965036, Orlando, FL 32896-5036 |
| 15373122 | + EDI: SYNC | Sep 15 2026 04:27:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373124 | + EDI: SYNC | Sep 15 2026 04:27:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373118 | + EDI: SYNC | Sep 15 2026 04:27:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373127 | ^ MEBN | Sep 15 2026 00:33:17 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15390501 | Email/Text: BNCnotices@dcmservices.com | Sep 15 2026 00:35:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15390502 | Email/Text: BNCnotices@dcmservices.com | Sep 15 2026 00:35:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 66

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373070 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373072 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373079 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373081 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373083 | * | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373112 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373113 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373115 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373117 | *+ | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373123 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373125 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373091 | ##+ | Hollywood Heating Inc., PO Box 254, California, PA 15419-0254 |
| 15373106 | ## | Mountain State Medical Specialties, 125 N 6th St., Clarksburg, WV 26301-2665 |
| 15373126 | ##+ | Thrifty Propane, PO Box 2018, Medina, OH 44258-2018 |

TOTAL: 0 Undeliverable, 13 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Pingora Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Christopher Kennedy | on behalf of Creditor The Huntington National Bank bankruptcy@carlisle-law.com |
| Kenneth Steidl | on behalf of Debtor Michael A. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Kenneth Steidl | on behalf of Joint Debtor Patricia R. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor ONSLOW BAY FINANCIAL LLC rfay@alaw.net bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9