FILED
9/14/26 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MICHAEL A. STETSON
PATRICIA R. STETSON
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:21-21139

Chapter 13

Related to Docket No. 101

ORDER OF COURT

AND NOW, this 14th Day of September, 2026 upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21139-GLT

Michael A. Stetson Chapter 13

Patricia R. Stetson

Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Sep 14, 2026 | Form ID: pdf900 | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/jdb | + | Michael A. Stetson, Patricia R. Stetson, 125 Heistursburg Road, East Millsboro, PA 15433-1145 |
| 15373073 | | Childrens Express Care, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 15373090 | | Foundation Radiology Group, PO Box 554895, Pittsburgh, PA 15222 |
| 15373092 | + | Hollywood Heating Inc., 1 Mechanic Street, California, PA 15419-1077 |
| 15373101 | + | Martinelli Eye Clinic, 303 First Street, Charleroi, PA 15022-1427 |
| 15373104 | + | Mon-Vale Specialty Practices, Inc., 9568 Kings Charter Drive, Suite 202, Ashland, VA 23005-7955 |
| 15373105 | | Monongahela Valley Hospital, P.O. Box 715064, Cincinnati, OH 45271-5064 |
| 15593265 | + | Onslow Bay Financial LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 15373128 | | University Health Associates, PO Box 875, Morgantown, WV 26507-0875 |
| 15373129 | | WVU Medicine, PO Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 15 2026 00:34:00 | ONSLOW BAY FINANCIAL LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 00:44:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 15 2026 00:34:00 | Pingora Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: bankruptcy@huntington.com | Sep 15 2026 00:35:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15378141 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 00:44:17 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15373064 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2026 00:34:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15373063 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2026 00:34:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15373065 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 15 2026 00:34:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15373066 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 15 2026 00:34:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |

| | | | | |
|---|---|---|---|---|
| 15386506 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Sep 15 2026 00:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15373068 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 00:44:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15373067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 00:44:16 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15378394 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 00:44:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15373069 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2026 00:44:23 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373071 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2026 00:44:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373074 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:47 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15373075 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:19 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373076 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:46 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15373077 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:19 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373078 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:47 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:46 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373082 | ^ | MEBN | Sep 15 2026 00:33:25 | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 00:35:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15373085 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 00:35:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15373086 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 00:35:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15373087 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2026 00:35:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 15373095 | | Email/Text: litbkcourtmail@johndeere.com | Sep 15 2026 00:34:00 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 15392151 | | Email/Text: litbkcourtmail@johndeere.com | Sep 15 2026 00:34:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 15373088 | | Email/Text: mrdiscen@discover.com | Sep 15 2026 00:34:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15375359 | | Email/Text: mrdiscen@discover.com | Sep 15 2026 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15373089 | + | Email/Text: mrdiscen@discover.com | Sep 15 2026 00:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15373093 | + | Email/Text: bankruptcy@huntington.com | Sep 15 2026 00:35:00 | Huntington Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15373094 | + | Email/Text: bankruptcy@huntington.com | Sep 15 2026 00:35:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland, OH 44101-6424 |
| 15385753 | + | Email/Text: RASEBN@raslg.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 15 2026 00:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15373096 | ^ | MEBN | Sep 15 2026 00:33:24 | John Deere Financial, One John Deere Place, Moline, IL 61265-8010 |
| 15373098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 00:44:41 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15373097 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 00:44:25 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15390641 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 00:44:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15373100 | | Email/Text: camanagement@mtb.com | Sep 15 2026 00:35:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15373099 | | Email/Text: camanagement@mtb.com | Sep 15 2026 00:35:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15389034 | + | Email/Text: camanagement@mtb.com | Sep 15 2026 00:35:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15393978 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2026 00:34:00 | Matrix Financial Services Corporation LLC, c/o Nationstar Mortgage LLC dba Mr. Coop, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 15373102 | ^ | MEBN | Sep 15 2026 00:33:43 | Med Express, PO Box 14000, Belfast, ME 04915-4033 |
| 15373103 | | Email/Text: rcpsbankruptcynotices@parallon.com | Sep 15 2026 00:35:00 | Medicredit, P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 15373107 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2026 00:34:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15373108 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:19 | NTB/Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373109 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2026 00:44:46 | NTB/Citibank, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 15388446 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 00:44:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15391891 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2026 00:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15373110 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 15 2026 00:35:00 | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15373111 | ^ | MEBN | Sep 15 2026 00:32:53 | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15389256 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2026 00:44:27 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373438 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 00:44:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15373114 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 00:44:31 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 00:44:23 | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373120 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 00:44:14 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373119 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 15 2026 00:44:23 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15373121 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 00:44:14 | Synchrony Bank/Matress Firm, Po Box 965036, Orlando, FL 32896-5036 |
| 15373122 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 00:44:23 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373124 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 00:44:23 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373118 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 00:44:22 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15373127 | ^ | MEBN | Sep 15 2026 00:33:20 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15390501 | | Email/Text: BNCnotices@dcmservices.com | Sep 15 2026 00:35:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15390502 | | Email/Text: BNCnotices@dcmservices.com | Sep 15 2026 00:35:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15373070 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15373072 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15373079 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15373081 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15373083 | * | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15373112 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373113 | * | Revco Solutions, Po Box 2724, Columbus, OH 43216-2724 |
| 15373115 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15373117 | *+ | Synchrony Bank/Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15373123 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15373125 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15373091 | ##+ | Hollywood Heating Inc., PO Box 254, California, PA 15419-0254 |
| 15373106 | ## | Mountain State Medical Specialties, 125 N 6th St., Clarksburg, WV 26301-2665 |
| 15373126 | ##+ | Thrifty Propane, PO Box 2018, Medina, OH 44258-2018 |

TOTAL: 0 Undeliverable, 13 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor Pingora Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher Kennedy | on behalf of Creditor The Huntington National Bank bankruptcy@carlisle-law.com |
| Kenneth Steidl | on behalf of Joint Debtor Patricia R. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Kenneth Steidl | on behalf of Debtor Michael A. Stetson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor ONSLOW BAY FINANCIAL LLC rfay@alaw.net bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9